■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FABIAN ADORNO, Appellant. (Appeal No. 2.) [597 NYS2d 604] — Judgment unanimously affirmed. Memorandum: The record shows that, as part of his plea bargain, defendant made a voluntary, knowing and intelligent waiver of his right to appeal *(see, People v Seaberg,* 74 NY2d 1, 11). Defendant has raised no claim that survives such waiver *(see, People v Callahan,* 80 NY2d 273, 282). (Appeal from Judgment of Erie County Court, Drury, J.—Criminal Possession Controlled Sub-

stance, 3rd Degree.) Present—Denman, P. J., Green, Balio, Fallon and Davis, JJ.